United States Bankruptcy Court
Middle District of Florida

In re:
Cornelius Roberts
Pamela Roberts
         Debtors

Case No. 14-02957-PMG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113A-3          User: cahyen          Page 1 of 1          Date Rcvd: Jun 19, 2014
                             Form ID: B9A           Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2014.
db/jdb       +Cornelius Roberts,    Pamela Roberts,    3402 Natalie Drive South,    Jacksonville, FL 32218-6532
24672610     +Bank of America,    Correspondence/CA6-919-02-41,    Po Box 5170,    Simi Valley, CA 93062-5170
24672609     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    Po Box 5170,
               Simi Valley, CA 93062-5170
24672611     +Baptist Medical Center,    PO Box 3495,    Toledo, OH 43607-0495
24672613     +Drive Time,    4020 E Indian School Rd,    Phoenix, AZ 85018-5220
24672615     +Florida Anesthesia Associate,    PO Box 5278,    Jacksonville, FL 32247-5278
24672617    ++NATIONSTAR MORTGAGE,    PO BOX 630267,    IRVING TEXAS 75063-0116
              (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
               Lewisville, TX 75067)
24672616     +National Recovery Agency,    2491 Paxton Street,    Harrisburg, PA 17111-1036
24672618     +Nephrology Cons. of Jax,    3129 Hendricks Ave,    Jacksonville, FL 32207-4217
24672620     +Westgate Vacation Villas LLC,    2801 Old Winter Garden Rd,    Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: max@maxstorylaw.com Jun 19 2014 22:18:54     Max Story,    Collins & Story, PA,
               233 E Bay Street, Suite 920,    Jacksonville, FL  32202-3456
tr            EDI: QDRABBOTT.COM Jun 19 2014 22:13:00     Doreen Abbott,    PO Box 56257,
               Jacksonville, FL  32241-6257
ust          +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jun 19 2014 22:19:46
               United States Trustee - JAX 13/7,    Office of the United States Trustee,
               George C Young Federal Building,    400 West Washington Street, Suite 1100,
               Orlando, FL 32801-2210
24672606     +E-mail/Text: usbc@coj.net Jun 19 2014 22:20:29     Duval County Tax Collector,
               231 Forsyth St.  #130,    Jacksonville FL 32202-3380
24672607      EDI: FLDEPREV.COM Jun 19 2014 22:13:00     Florida Dept. of Revenue,    Bankruptcy Unit,
               P.O. Box 6668,    Tallahassee, FL 32314-6668
24672614      EDI: USBANKARS.COM Jun 19 2014 22:18:00     Elan Financial Service,    Po Box 108,
               St Louis, MO 63166
24672608     +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Jun 19 2014 22:19:46     United States Trustee,
               135 W Central Blvd, Suite 620,    Orlando, FL 32801-2476
24672619      E-mail/Text: collectionsoperationsgroup@vystarcu.org Jun 19 2014 22:20:47     Vystar Credit Union,
               Po Box 45085,    Jacksonville, FL 32232
                                                                                          TOTAL: 8

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24672612*    +Baptist Medical Center,    PO Box 3495,    Toledo, OH 43607-0495
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 19, 2014 at the address(es) listed below:
              Doreen Abbott    jaxtrustee@gmail.com, dabbott@ecf.epiqsystems.com
              Max Story   on behalf of Joint Debtor Pamela Roberts max@maxstorylaw.com, rita@maxstorylaw.com
              Max Story   on behalf of Debtor Cornelius Roberts max@maxstorylaw.com, rita@maxstorylaw.com
              United States Trustee - JAX 13/7   USTP.Region21.OR.ECF@usdoj.gov
                                                                              TOTAL: 4

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (03/14)          Case Number **3:14–bk–02957–PMG**

---

## UNITED STATES BANKRUPTCY COURT
### Middle District of Florida

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 17, 2014 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors – Do not file this notice with any proof of claim you submit to the court.*
### See Reverse Side For Important Explanations

| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
|---|---|
| Cornelius Roberts<br>3402 Natalie Drive South<br>Jacksonville, FL 32218 | Pamela Roberts<br>3402 Natalie Drive South<br>Jacksonville, FL 32218 |
| Case Number:<br>3:14–bk–02957–PMG | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–1720<br>xxx–xx–5086 |
| Attorney for Debtor(s) (name and address):<br>Max Story<br>Collins & Story, PA<br>233 E Bay Street, Suite 920<br>Jacksonville, FL 32202–3456<br>Telephone number:  9043724109 | Bankruptcy Trustee (name and address):<br>Doreen Abbott<br>PO Box 56257<br>Jacksonville, FL 32241–6257<br>Telephone number:  904–886–9459 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse.

Date: **August 8, 2014**                                             Time: **01:00 PM**
Location:  **FIRST FLOOR, 300 North Hogan St. Suite 1–200, Jacksonville, FL 32202**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts:**
**October 7, 2014**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>300 North Hogan Street Suite 3–350<br>Jacksonville, FL 32202<br>Telephone number:  904–301–6490 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:00 PM | Date:  June 19, 2014 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

## EXPLANATIONS

FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint – or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## –– Refer to Other Side for Important Deadlines and Notices ––

| | |
|---|---|
| Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |