United States Bankruptcy Court
Middle District of Florida

```
In re:                                                          Case No. 14-02957-PMG
Cornelius Roberts                                               Chapter 7
Pamela Roberts
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: smelissa          Page 1 of 2          Date Rcvd: Oct 08, 2014
                              Form ID: B18J          Total Noticed: 21
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2014.
```
db/jdb         +Cornelius Roberts,   Pamela Roberts,   3402 Natalie Drive South,   Jacksonville, FL 32218-6532
cr             +Shellpoint Mortgage Servicing as servicer for The,   Greenspoon Marder, P.A.,
                 c/o Barry Turner, Esq.,    Trade Centre South, Suite 700,    100 Cypress Creek Road,
                 Fort Lauderdale, FL 33309-2181
24672610       +Bank of America,   Correspondence/CA6-919-02-41,   Po Box 5170,   Simi Valley, CA 93062-5170
24672609       +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,   Po Box 5170,
                 Simi Valley, CA 93062-5170
24672611       +Baptist Medical Center,   PO Box 3495,   Toledo, OH 43607-0495
24672613       +Drive Time,   4020 E Indian School Rd,   Phoenix, AZ 85018-5220
24672615       +Florida Anesthesia Associate,   PO Box 5278,   Jacksonville, FL 32247-5278
24672617      ++NATIONSTAR MORTGAGE,   PO BOX 630267,   IRVING TEXAS 75063-0116
                (address filed with court:   Nationstar Mortgage LLC,    Attn: Bankruptcy,   350 Highland Dr,
                 Lewisville, TX 75067)
24672616       +National Recovery Agency,   2491 Paxton Street,   Harrisburg, PA 17111-1036
24672618       +Nephrology Cons. of Jax,   3129 Hendricks Ave,   Jacksonville, FL 32207-4217
24875722       +Shellpoint Mortgage Svc for The Bank of NY Mellon,   c/o Barry Turner,
                 Trade Centre S., Ste. 700,   100 West Cypress Creek Blvd.,   Ft. Lauderdale, FL 33309-2181
24672620       +Westgate Vacation Villas LLC,   2801 Old Winter Garden Rd,   Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              EDI: QDRABBOTT.COM Oct 08 2014 22:38:00     Doreen Abbott,   PO Box 56257,
                 Jacksonville, FL   32241-6257
cr              EDI: RECOVERYCORP.COM Oct 08 2014 22:38:00     Recovery Management Systems Corp.,
                 Attn: Ramesh Singh,   25 SE Second Avenue, Ste 1120,   Miami, FL  33131-1605
24672613       +EDI: DVTM.COM Oct 08 2014 22:38:00     Drive Time,   4020 E Indian School Rd,
                 Phoenix, AZ 85018-5220
24672606       +E-mail/Text: donnah@coj.net Oct 08 2014 22:54:04     Duval County Tax Collector,
                 231 Forsyth St.  #130,   Jacksonville FL 32202-3380
24672607        EDI: FLDEPREV.COM Oct 08 2014 22:38:00     Florida Dept. of Revenue,   Bankruptcy Unit,
                 P.O. Box 6668,   Tallahassee, FL 32314-6668
24777896        EDI: RECOVERYCORP.COM Oct 08 2014 22:38:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
24779482        EDI: RMSC.COM Oct 08 2014 22:38:00     Synchrony Bank,   c/o Recovery Management Systems Corp,
                 25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
24672614        EDI: USBANKARS.COM Oct 08 2014 22:38:00     Elan Financial Service,   Po Box 108,
                 St Louis, MO 63166
24672608       +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Oct 08 2014 22:53:06     United States Trustee,
                 135 W Central Blvd, Suite 620,   Orlando, FL 32801-2476
24672619        E-mail/Text: collectionsoperationsgroup@vystarcu.org Oct 08 2014 22:54:36
                 Vystar Credit Union,   Po Box 45085,   Jacksonville, FL 32232
                                                                                              TOTAL: 10

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24672612*      +Baptist Medical Center,   PO Box 3495,   Toledo, OH 43607-0495
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 113A-3           User: smelissa              Page 2 of 2                  Date Rcvd: Oct 08, 2014
                               Form ID: B18J               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2014 at the address(es) listed below:

```
          Barry S Turner    on behalf of Creditor   Shellpoint Mortgage Servicing as servicer for The Bank
           Of New York Mellon Fka The Bank Of New York,As Trustee For The Certificateholders Of Cwalt, Inc.,
           Alternative Loan Trust 2004-29cb, Mortgage Pass barry.turner@gmlaw.com,
           lauren.baio@gmlaw.com;bankruptcy@gmlaw.com;gregory.stolzberg@gmlaw.com
          Doreen   Abbott    jaxtrustee@gmail.com,  dabbott@ecf.epiqsystems.com
          Max   Story    on behalf of Joint Debtor Pamela   Roberts max@maxstorylaw.com,  rita@maxstorylaw.com
          Max   Story    on behalf of Debtor Cornelius   Roberts max@maxstorylaw.com,  rita@maxstorylaw.com
          United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 3:14−bk−02957−PMG

**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cornelius Roberts　　　　　　　　　　　　Pamela Roberts
3402 Natalie Drive South　　　　　　　　　3402 Natalie Drive South
Jacksonville, FL 32218　　　　　　　　　　Jacksonville, FL 32218

Social Security No.:
　xxx−xx−1720　　　　　　　　　　　　　xxx−xx−5086

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

_____
Dated: October 8, 2014　　　　　Paul M. Glenn
　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18J continued (08/07)

# EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A JOINT CHAPTER 7 CASE

This court order grants a discharge to the persons named as the debtors. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtors a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtors. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtors' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**